UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81589-CV-MIDDLEBROOKS

HOMEAWAY.COM, INC.

    Plaintiff,

v.

PALM BEACH COUNTY,

    Defendant.
_____/

AIRBNB, INC.,

    Plaintiff,

v.

PALM BEACH COUNTY,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Parties' Joint Status Report (DE 59), filed May 3, 2019. In their Joint Status Report, the Parties reported the status of the amendment process to Ordinance No. 2018-024 (the "Ordinance"). According to the Joint Status Report, the Palm Beach County Board of County Commissioners has two meetings scheduled at which the Ordinance amendments will be discussed: one on June 4, 2019 and one on June 18, 2019. Whether the June 18 meeting takes place, however, is contingent on the discussions that occur at the June 4 meeting.

It is hereby **ORDERED AND ADJUDGED** that the Parties shall **FILE** a Joint Status Report on or by **June 21, 2019**, informing the Court of the status of the amendment process,

including whether the June 18, 2019 meeting of the Palm Beach County Board of County Commissioners took place and, if so, what resulted.

**SIGNED** in Chambers in West Palm Beach, Florida, this ___ day of May, 2019.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Cc:   Counsel of record