UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81589-MIDDLEBROOKS/Brannon

HOMEAWAY.COM, INC.,

    Plaintiff,

vs.

PALM BEACH COUNTY,

    Defendant.
_____/

AIRBNB, INC.,

    Plaintiff,

vs.

PALM BEACH COUNTY,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Stipulation of Dismissal with Prejudice, filed September 16, 2019. (DE 70). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED and ADJUDGED** that:

    (1) The above-styled action is **DISMISSED WITH PREJUDICE** subject to the conditions in the Parties' Stipulation of Dismissal with Prejudice (DE 70 at ¶9).

    (2) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

    (3) Each party shall bear their own fees and costs.

(4) This Court reserves jurisdiction to enforce the Settlement Agreement (DE 70) for a period of six months.

**SIGNED** in Chambers at West Palm Beach, Florida, this 18 day of September, 2019.

                                                DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record